| | | | |
|---|---|---|---|
| Matter of K.J.M. 2016 MT 141N | DA 15-0422 Affirmed | 06/07/16 | Dist. 4 (Missoula) |
| Marriage of Dalgarno 2016 MT 142N | DA 15-0522 Affirmed | 06/07/16 | Dist. 8 (Cascade) |
| Buckles v. Harbaugh | OP 16-0312 OP 16-0313 Denied | 06/07/16 | Original Proceeding Habeas Corpus |
| Catalino v. Fredericksen 2016 MT 144N | DA 15-0666 Affirmed & Remanded | 06/14/16 | Dist. 20 (Lake) |
| Hall v. Walker et al. 2016 MT 147N | DA 15-0693 Affirmed | 06/14/16 | Dist. 13 (Yellowstone) |
| Estate of White 2016 MT 148N | DA 15-0548 Affirmed & Remanded | 06/14/16 | Dist. 6 (Park) |
| Helvey v. Thompson 2016 MT 149N | DA 16-0006 Affirmed | 06/14/16 | Dist. 12 (Liberty) |
| Ridgeway v. DPHHS 2016 MT 150N | DA 15-0681 Affirmed | 06/14/16 | Dist. 10 (Judith Basin) |
| Durand v. 13th Judicial Dist. Ct. | OP 16-0294 Denied | 06/14/16 | Original Proceeding Supervisory Control |
| Kountz v. 18th Judicial Dist. Ct. | OP 16-0291 Denied | 06/14/16 | Original Proceeding Supervisory Control |
| Britton v. Brown 2016 MT 155N | DA 15-0488 Affirmed | 06/21/16 | Dist. 20 (Lake) |
| Anders Family LLC v. Anders | OP 16-0256 Denied | 06/21/16 | Original Proceeding Writ of Mandamus |
| Lankford v. Muhar 2016 MT 158N | DA 15-0719 Affirmed | 06/28/16 | Dist. 8 (Cascade) |
| State v. Ellis- Peterson 2016 MT 159N | DA 15-0444 Affirmed | 06/28/16 | Dist. 13 (Yellowstone) |